THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Terence Scott, Appellant.
 
 
 

Appeal From Lexington County
  Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2006-UP-186
Submitted April 1, 2006  Filed April 6, 2006    

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph L. Savitz III, of Columbia, for Appellant.
 Teresa A Knox, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Terrence Scott appeals his guilty plea to third-offense criminal domestic violence. Scott argues the trial judge erred in accepting his plea because the alleged victim was not available to testify against him.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Johnsons appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
BEATTY, SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.